```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

JOSH CHAPMAN,

      Petitioner,

v.                                               CIVIL CASE NO. 1:24-00179

STEVEN MNUCHIN, et al.,

      Respondents.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendations regarding disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). See ECF No. 2. Magistrate Judge Aboulhosn submitted his Proposed Findings and Recommendation ("PF&R") to the court on August 6, 2024, in which he recommends that (1) the district court deny petitioner Josh Chapman's petition for writ of mandamus and motion to issue an order to show cause (ECF No. 1) and (2) remove this action from the court's active docket. See ECF No. 3.

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, to object to the PF&R. The failure of any party to file timely objections constitutes a waiver of such party's right to

a de novo review by this court. See Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989). Petitioner did not file objections to the PF&R.

Accordingly, the court adopts the factual and legal analysis contained within the PF&R; **DENIES** petitioner's petition for writ of mandamus and motion to issue an order to show cause (ECF No. 1); and **DIRECTS** the Clerk to dismiss this matter from the court's docket.

The Clerk is further directed to forward a copy of this Memorandum Opinion and Order to petitioner pro se.

It is **SO ORDERED** this 19th day of September, 2024.

        **ENTER:**

*David A. Faber*
David A. Faber
Senior United States District Judge